IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.    3:05CR119 |
| QUINCY SINGLETON | : | Judge Thomas M. Rose |
| Defendant. | : | |

ORDER CORRECTING JUDGMENT IN A CRIMINAL CASE

Upon Motion of United States of America and for good cause shown, the Schedule of Payments Section of the Judgment and Commitment imposed and entered on March 9, 2006, is, in accordance with the Plea Agreement (Doc. 22), hereby corrected on page 6, Special Instructions, by adding the forfeiture of the defendant's interest in United States Currency $1,296.00; One Smith and Wesson model 1066 caliber 10mm semiautomatic pistol, serial number TFC5211; seven 10mm rounds; and one 10mm magazine.

All other terms of the Judgment and Commitment imposed March 9, 2006, shall remain the same.

IT IS SO ORDERED.

April 21, 2006                              **s/Thomas M. Rose**
                                            _____
                                            Thomas M. Rose
                                            UNITED STATES DISTRICT COURT JUDGE